IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY, KANSAS, DOCKET)

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                        No.  20-20002-CM/JPO

LANCE ASHLEY,

    Defendant.

## INDICTMENT

The Grand Jury charges:

**Introductory Allegations**

At all times relevant to this Indictment:

1. On or about February 12, 2010, LANCE ASHLEY organized ACS - Ashley Care Service, LLC, as a limited liability company in the State of Kansas. He officially changed the name of the company to Ashley Home Care Services, LLC, on or about November 22, 2013, but in some instances thereafter, he and others continued to identify the company by its original name. For the purposes of this Indictment, the company is referred to herein as Ashley Home Care Services.

2. Ashley Home Care Services provided services associated with daily living needs for individuals in the District of Kansas, and received payments from various insurance companies and the State of Kansas.

3. LANCE ASHLEY was the owner and president of Ashley Home Care Services. He exercised control over the company's business affairs, including payroll matters and paying expenses.

4. The Internal Revenue Service was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

5. Federal laws require employers to withhold taxes from their employees' paychecks, including federal income, Social Security, and Medicare taxes. This Indictment refers to these taxes collectively as "employment taxes." At all times relevant to this Indictment, Ashley Home Care Services was responsible for withholding employment taxes from its employees' paychecks.

6. Ashley Home Care Services was required to make deposits of the employment taxes to the IRS on a periodic basis, but no later than the last day of the month following the end of the calendar year. In addition, Ashley Home Care Services was required to file, one month after the conclusion of each calendar year, an Employer's Annual Federal Tax Return (Form 944), setting forth the total amount of employee wages and other compensation subject to withholding, the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes withheld, and the total tax deposits.

7. As owner and president of Ashley Home Care Services, LANCE ASHLEY was a "responsible person," which means he had the corporate responsibility to collect,

truthfully account for, and pay over to the IRS the employment taxes for Ashley Home Care Services.

8. Throughout the calendar years 2013, 2014, 2015, and 2016, Ashley Home Care Services was required to withhold employment taxes from its employees' paychecks, and thereafter to timely pay those taxes to the IRS.  However, for those calendar years, Ashley Home Care Services did not fully pay the employment taxes to the IRS.  Instead, LANCE ASHLEY used Ashley Home Care Services funds to pay corporate expenses and his personal expenses.

### Counts 1-4: Failure to Pay Over Employment Taxes

9. Each of the foregoing allegations is incorporated herein by reference.  On or about each of the dates as set forth below, in the District of Kansas, the defendant,

LANCE ASHLEY,

willfully failed to pay over to the IRS federal income, Social Security, and Medicare taxes from the wages of Ashley Home Care Services employees that were then due and owing to the United States in the approximate amounts stated for each of the following years, with each failure constituting a separate count of this Indictment:

| Count | Year Ending | Date Due And Owing | Employment Taxes Outstanding |
|---|---|---|---|
| 1 | December 31, 2013 | January 31, 2014 | $13,386.60 |
| 2 | December 31, 2014 | January 31, 2015 | $40,847.67 |
| 3 | December 31, 2015 | January 31, 2016 | $63,933.08 |
| 4 | December 31, 2016 | January 31, 2017 | $78,055.11 |

Each of these counts is a separate violation of Title 26, United States Code, Section 7202.

A TRUE BILL.

Dated:   January 15, 2020                                    s/   Foreperson
                                                             FOREPERSON

s/ Leon Patton, AUSA, 11782, for:
STEPHEN R. MCALLISTER
United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tel. 913-551-6730
Fax 913-551-6541
Stephen.McAllister@usdoj.gov
Kan. S. Ct. No. 15845


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

## PENALTIES:

As to each of Counts 1-4, the maximum penalties are a term of imprisonment of not more than five years; a fine of not more than $250,000 or twice the gross pecuniary gain from the offense or twice the gross pecuniary loss (whichever is greater); the costs of prosecution; a term of supervised release of not more than three years; and a special assessment of $100.